Law Firm of
**Susan K Marcus, LLC**
29 Broadway, Suite 1412, New York, NY 10006
T: 212-792-5131 ◆ F: 888-291-2078 ◆ E: susan@skmarcuslaw.com

August 31, 2021

**BY ECF**

The Honorable Laura Taylor Swain  
United States District Judge  
Southern District of New York  
500 Pearl Street  
New York, New York 10007

## MEMO ENDORSED

Re: *United States* v. *Grayson*, 18 Cr. 645 (LTS)

Dear Judge Swain:

A violation of supervised release hearing is set for September 16, 2021 in this matter. Mr. Grayson's state court case is still pending, and is next on for September 17, 2021, although it does appear that on this court date the matter will be resolved. Therefore, I request that this matter be adjourned until early November 2021. AUSA Hellman has no objection to this request.

Thank you for your consideration of this request.

Sincerely,

Susan K. Marcus, Esq.  
Attorney for Mark Grayson

The foregoing adjournment request is granted. The violation of supervised release hearing is hereby scheduled for December 6, 2021 at 2:30 p.m.
SO ORDERED.
9/2/2021
/s/ Laura Taylor Swain, Chief USDJ