UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                                                             No. 18-CR-645-LTS

MARK GRAYSON,                                                                   ORDER

         Defendant.

-------------------------------------------------------x

        The violation of supervised release hearing in this case is scheduled to proceed on February 16, 2023, at 10:30 a.m. in Courtroom 17C. The parties' attention is directed to the Court's policies regarding courthouse entry and COVID-19 test reporting protocols, which are available on the Court's website, at https://www.nysd.uscourts.gov/covid-19-coronavirus.

        The parties are directed to email Chambers at SwainNYSDCorresp@nysd.uscourts.gov any documents they would like the Court to consider during or in connection with the proceeding at least 24 hours in advance of the proceeding.

        SO ORDERED.

Dated: New York, New York                    /s/ Laura Taylor Swain
       February 14, 2023                       LAURA TAYLOR SWAIN
                                                              Chief United States District Judge