---

# THE LAW OFFICES OF SEAN M. MAHER, PLLC

## MEMO ENDORSED

October 27, 2023

> The below request is granted. The violation of supervised release hearing, scheduled to proceed on November 7, 2023, at 11:30 AM, is hereby modified to a status conference and bail review hearing. The Government must provide the Court with a copy of the bail hearing transcript, and the parties must make any written submissions, by 12:00 PM noon on November 6, 2023. DE 69 is resolved. SO ORDERED.
> October 30, 2023
> /s/ Laura Taylor Swain, Chief USDJ

**VIA ECF**

Honorable Laura Taylor Swain
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

RE:   *United States v. Mark Grayson*, 18 Cr. 645 (LTS)

Dear Judge Swain:

On behalf of defendant Mark Grayson, I respectfully write in regard to the VOSR hearing currently scheduled for November 7, 2023 at 11:30 a.m. I am authorized to convey to the Court that the defense and the government are engaged in discussions to achieve a mutually-agreed resolution of this matter and potential new charges relating to the same alleged conduct. In addition, Mr. Grayson requests a bail review hearing with the Court. Bail previously was denied by Magistrate Judge Gabriel W. Gorenstein and the government continues to oppose bail.

Accordingly, I respectfully request that the November 7, 2023 court date currently scheduled as a VSOR hearing be modified to a VSOR status conference and bail review hearing. I have conferred with AUSA Matthew Hellman, who has informed me that the government consents to the proposed modification of the November 7, 2023 court date.

The Court's consideration is greatly appreciated.

Respectfully submitted,

_____/S/_____
Sean M. Maher
*Counsel for Mark Grayson*

cc:   All counsel via ECF